UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No:

ACUTECH, INC., an Ohio corporation,

    Plaintiff,

vs.

VALIDITY LABORATORY SERVICES,
LLC, a Florida limited liability company,
and ST 2 SERVICE TECHNOLOGIES,
INC. d/b/a ANALYTICAL INSTRUMENT
MANAGEMENT, a Colorado corporation,

    Defendants.
_____/

## COMPLAINT

The Plaintiff, Acutech, Inc. ("Acutech"), sues the Defendants, Validity Laboratory Services, Inc. ("Validity") and ST 2 Technologies, Inc. d/b/a Analytical Instrument Management ("AIM") and alleges:

## PRELIMINARY STATEMENT

1. This is an action seeking damages for negligence, conversion and unjust enrichment arising out of the purchase of sophisticated laboratory equipment and related items purchased by the Plaintiff from the Defendant, AIM, and the subsequent mis-delivery of that equipment by the Defendant, AIM, to the Defendant, Validity.

2. Plaintiff seeks to recover damages in the amount of $741,134.00 plus interest and taxable costs.

## **PARTIES AND JURISDICTION**

3. Plaintiff, Acutech, is an Ohio corporation having its principal place of business in Dayton, Ohio. Acutech is engaged in the business of providing management, consultancy, professional, scientific and technical service activities.

4. The Defendant, Validity, is a Florida limited liability company having its principal place of business in Port St. Lucie, St. Lucie County, Florida, with a mailing address in Stuart, Martin County, Florida. Validity holds itself out as a clinical medical laboratory.

5. The Defendant, AIM, is a Colorado corporation having its principal place of business in Littleton, Colorado that is allegedly engaged in a wide range of activities for fabricating, refurbishing or instrument testing and refurbishment, primarily for chromatography instrumentation.

6. This court has subject matter jurisdiction pursuant to 28 U.S.C. §1332, as this is a civil action in which the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States.

7. Venue is proper in the United States District for the Southern District of Florida, as the business activities in question pertain to the purchase of equipment by the Plaintiff, Acutech, from the Defendant, AIM, and with respect to the negligent or intentional mis-delivery to the Defendant, Validity, causing damages to the Plaintiff, Acutech.

## COUNT I

## (UNJUST ENRICHMENT AS TO DEFENDANT AIM)

### RELEVANT FACTS

8.     Plaintiff adopts and realleges paragraphs 1 - 7.

9.     During the summer months of 2020, various authorized agents and representatives of Acutech, Validity and AIM discussed certain transactions involving the subject equipment such that it would be purchased by the Plaintiff, Acutech, from the Defendant, AIM, and would thereafter be leased by the Plaintiff or one of its affiliated companies, and delivered to, the Defendant, Validity.  In connection with the transaction between the parties, the Plaintiff, Acutech, would receive a membership interest/equity position in Validity.  Under no circumstances did the Plaintiff, Acutech, ever authorize AIM as the seller of the equipment to transfer or deliver ownership of the equipment to the Defendant, Validity.

10.    The Defendant, AIM, produced a series of invoices that were sent to the Plaintiff, Acutech, which paid a total of $741,134.00 to the Defendant, AIM. Copies of the paid invoices are attached to the Complaint as Composite Exhibit "A."

11.    The Defendant, AIM, as a sophisticated merchant engaged in interstate commerce with respect to the refurbishing, fabrication and sale of equipment, owed a duty of care to its customer, Acutech, not to take any unilateral, unauthorized and unapproved instructions from any party other than the purchaser, Acutech.

12. The Defendant, AIM, knew about the Plaintiff, Acutech's business plan that required the negotiation and execution of documents that would protect the Plaintiff, Acutech, with respect to its rights of possession, ownership and control of the equipment and other related items that were purchased and paid by the Plaintiff, Acutech, in the amount of $741,134.00. The Defendant, AIM, knew that Plaintiff, Acutech, required that all of its arrangements and documents with the Defendant, Validity, had to be in place and approved by the Plaintiff, Acutech, before any of the equipment and other items were released, transported through interstate commerce and delivered to the Defendant, Validity, pursuant to the written instructions provided by the Plaintiff, Acutech. The Defendant, AIM either knowingly, intentionally or negligently made all of the logistical delivery arrangements to ship the subject equipment and related items presumably to the Defendant, Validity, before receiving express written authorization from the Plaintiff, Acutech. The Defendant, AIM, knew that the Plaintiff, Acutech, required that all of the necessary paperwork and documents be negotiated and executed before the Defendant, AIM, could arrange to ship and deliver the subject items described in the invoice so that the Plaintiff, Acutech, could take reasonable and necessary steps to protect its purchases of the items and would be in a position to perfect a security interest in the equipment in all required governmental locations.

13. The Defendant, AIM, failed to obtain written authorization and instructions from the Plaintiff, Acutech, and thereafter, the Defendant, AIM, in concert with the Defendant, Validity, created a mass of confusion and intentional

obfuscation to justify the mis-delivery and ultimate disappearance of the equipment, causing damages to the Plaintiff, Acutech.

14. As of the date of the filing of this Complaint, the Plaintiff, Acutech, does not know exactly where all of the items that are described on the attached invoices were delivered which has resulted in the collapse of any business venture that Plaintiff, Acutech, performed and implemented with the Defendant, Validity.

WHEREFORE, Plaintiff, Acutech, demands judgment against the Defendant, AIM, plus court costs and prejudgment interest.

## COUNT II
## (VIOLATION OF UNIFORM COMMERCIAL CODE §2-601 ET SEQ.)

15. Plaintiff adopts and realleges paragraphs 1 - 7.

16. Pursuant to the Uniform Commercial Code, §2-601 et seq., buyers of goods including special ordered goods have the absolute right to instruct the seller regarding the retention and delivery of the ordered goods subject to the seller's ability to charge for any reasonable expenses incurred as to the retention and shipment of such goods.

17. Subsequent to payment by the Plaintiff, Acutech, to the Defendant, AIM, without any written or express authorization from the Plaintiff, Acutech, the Defendant, AIM, acted in concert with the Defendant, Validity, to either intentionally, surreptitiously or negligently ship/deliver all of the items described in Composite Exhibit "A" without affording the Plaintiff, as the purchaser, the absolute right to control the location, transportation and ultimate delivery of the subject items, causing damages to the Plaintiff. At no time did the Plaintiff,

Acutech, as the purchaser of the items ever provide written acceptance and delivery instructions. Thereafter, the Plaintiff, Acutech, reasonably attempted in good faith to reject and repudiate the transaction, thereby requiring the Defendant, AIM, to return the full amount of the purchase price paid by the Plaintiff, Acutech, to the Defendant, AIM. Therefore, the Plaintiff, as purchaser of the items due to the improper conduct of the Defendant, AIM, in concert with the Defendant, Validity, has declared its rights to exercise all remedies afforded under UCC 2.601-2.604 and 2.608, all of which have damaged the Plaintiff in the amount of $741,134.00.

WHEREFORE, Plaintiff, Acutech, demands judgment against the Defendant, AIM, plus court costs and prejudgment interest.

## COUNT III
**(UNJUST ENRICHMENT AS TO DEFENDANT, VALIDITY)**

18. Plaintiff adopts and realleges paragraphs 1 - 7.

19. Because of the failure of the Defendant, AIM, to follow the instructions that were to be furnished by the Plaintiff, Acutech, the Defendant, AIM, without the express and written authorization of the Plaintiff, Acutech, caused the equipment to be wrongfully delivered to the Defendant, Validity, to the detriment and damage of the Plaintiff, Acutech, which required the execution of documents that would protect the Plaintiff, Acutech, so that it could retain ownership and control of the items and/or to take appropriate steps to perfect a secured lien with the Florida Secured Transaction Registry or at such other governmental and regulatory agencies with respect to its ownership or perfected lien interest in the

items.

20. Because the Defendant, AIM, wrongfully delivered the items as described in Composite Exhibit "A" to the Complaint, to and in conspiracy with the Defendant, Validity, which has received a direct benefit without paying the Plaintiff, Acutech, for those items. The Defendant, Validity, has received the full use, control and benefit of the items without having paid the Plaintiff, Acutech, thereby damaging the Plaintiff, Acutech.

21. It would inequitable and unjust to allow the Defendant, Validity, to retain the use and benefit of the items without having fully compensated or paid the Plaintiff, Acutech, for the items described in Composite Exhibit "A," thereby damaging the Plaintiff, Acutech.

WHEREFORE, Plaintiff, Acutech, demands judgment against the Defendant, Validity, plus court costs and prejudgment interest.

### DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury of all issues so triable.

Dated: February 8, 2021

**Law Offices of Robert P. Frankel, P.A.**
Attorneys for Plaintiff
1000 S. Pine Island Road; Suite 410
Plantation, Florida 33324

Email designation: Robert@frankelpa.com; kim@frankelpa.com
(305) 358-5690; (305) 907-5901 FAX

By  */s/ Robert P. Frankel*
    ROBERT P. FRANKEL
    Florida Bar No. 304786

mailto:npanwala@elkcapitalmarkets.com

# COMPOSITE EXHIBIT "A"



Analytical Instrument Management
8392 S. Continental Divide Rd.
Suite:102
Littleton, CO  80127
ph. 303.730.4136
fax. 303.972.1493
AIManalytical.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/25/2020 | MI6605 |

PAID 09/29/2020

| BILL TO | SHIP TO |
|---|---|
| Acutech Inc.<br>1091 Kenworthy Pl,<br>Dayton, OH 45458 | Validity Laboratory Services, LLC<br>c/o Medicinal Cannabis Authority<br>Ministry of Agriculture<br>Rivulet/Enhams<br>Windward, VC0270 St. Vincent & Grenadines |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. |
|---|---|---|---|---|---|
| Verbal/MP | Wire Transfer | JH | 12/28/2020 | UniShipper | Littleton, CO |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
|  |  | SVG Lab |  |  |
|  |  | Agilent 1100 HPLC |  |  |
| 1 | AGLC-X-G1311A-Quat... | Agilent/Hewlett Packard - Model 1100 (G1311A) Quaternary Pump - includes NEW Sapphire Pistons and Seals SN# DE91609716 | 22,500.00 | 22,500.00T |
| 1 | AGLC-X-G1322A-Deg... | Agilent/Hewlett Packard - Model 1100 (G1322A) HPLC Vacuum Degasser - Solvent Module SN# JP73012166 |  | 0.00T |
| 1 | AGLC-X-G1315A-DAD | Agilent/Hewlett Packard - Model 1100 (G1315A) Diode-Array Detector - Includes NEW lamp SN#DE72002234 |  | 0.00T |
| 1 | AGLC-X-G1316A-Colu... | Agilent/Hewlett Packard - Model 1100 (G1316A) Thermostatted Column Compartment SN# DE11119258 |  | 0.00T |
| 1 | AGLC-Y-G1329A-ALS | Agilent/Hewlett Packard - Model 1100 (G1329A ALS) Thermostatted Autosampler - Includes NEW Needle, Seat, Rotor Seal, Solvent Lines, Filters, and Bottles SN# DE43615997 |  | 0.00T |
| 1 | RKLC-X-Raptor | Restek - Model 9314A65 Raptor ARC-18, 2.7µm, 150x4.6mm HPLC Column | 740.00 | 740.00T |
| 1 | XXCOM-WIN7 | Computer - Intel Celeron G4900 3.1 GHz dual-core processor or better. 4 GB DDR 4 RAM, 250 GB 3D NAND Solid State Drive,   24X Dual Layer DVD Burner, 1 GB GeForce 210 / GeForce GT 710 graphics, Windows 7 Professional Brand New Including Microsoft - Windows 7 License |  | 0.00T |
| 1 | AGLC-S-G2170BA | Agilent Technologies - Product G2170BA HPLC ChemStation |  | 0.00T |

Analytical Instrument Management does not collect any City, Local or State use or sales tax for items being shipped out of Colorado. Our terms are FOB Littleton, Colorado for items being shipped out of Colorado. It is the responsibility of the purchaser to pay any and all required tax associated with this invoice unless the purchaser is located in the State Colorado.

**Total**

Page 1



Analytical Instrument Management
8392 S. Continental Divide Rd.
Suite:102
Littleton, CO  80127
ph. 303.730.4136
fax. 303.972.1493
AIManalytical.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/25/2020 | MI6605 |

PAID 09/29/2020

| BILL TO | SHIP TO |
|---|---|
| Acutech Inc.<br>1091 Kenworthy Pl,<br>Dayton, OH 45458 | Validity Laboratory Services, LLC<br>c/o Medicinal Cannabis Authority<br>Ministry of Agriculture<br>Rivulet/Enhams<br>Windward, VC0270 St. Vincent & Grenadines |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. |
|---|---|---|---|---|---|
| Verbal/MP | Wire Transfer | JH | 12/28/2020 | UniShipper | Littleton, CO |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1 | AGLC-S-G2180BA | Agilent Technologies - Product G2180BA HPLC 3D ChemStation Software | | 0.00T |
| 1 | XXMOND-27in LCD | Monitor - 27 inch Flat Panel Display 1920 x 1080 (NEW) | | 0.00T |
| 1 | AGMSDX-5973NhpTur... | Agilent 6890/5973 GC-MS Configured for headspace analysis<br>Agilent Technologies - Model 5973N Mass Selective Detector (MSD) with High Performance Turbo Pump Option - MSD to have new Repeller, Filament, and Multiplier SN# US81221569 | 52,000.00 | 52,000.00T |
| 1 | AGGC-X-6890Plus | Agilent Technologies - Model 6890 Plus Gas Chromatograph Mainframe SN# US00028844 | | 0.00T |
| 1 | AGGC-A-6890-SSL-10... | Agilent Technologies - Model G1560A Split/Splitless Inlet with EPC | | 0.00T |
| 1 | 0001-NIP | Agilent Technologies - 6890 LAN (Local Area Network) Interface - GC Option No. 500 | | 0.00T |
| 1 | EDVACE-E2M3 | Edwards - Model RV3 Vacuum Pump (New Rebuild) SN# 200145211 | | 0.00T |
| 1 | RKGC-X-Rxi624Sil | Restek - Model 13868 Rxi-624Sil MS Cap. Column 30m, 0.25mm ID, 1.40um | 585.00 | 585.00T |
| 1 | XXCOM-WIN7 | Computer - Intel Celeron G4900 3.1 GHz dual-core processor or better. 4 GB DDR 4 RAM, 250 GB 3D NAND Solid State Drive,   24X Dual Layer DVD Burner, 1 GB GeForce 210 / GeForce GT 710 graphics, Windows 7 Professional Brand New Including Microsoft - Windows 7 License | | 0.00T |

Analytical Instrument Management does not collect any City, Local or State use or sales tax for items being shipped out of Colorado. Our terms are FOB Littleton, Colorado for items being shipped out of Colorado. It is the responsibility of the purchaser to pay any and all required tax associated with this invoice unless the purchaser is located in the State Colorado.

**Total**



Analytical Instrument Management
8392 S. Continental Divide Rd.
Suite:102
Littleton, CO  80127
ph. 303.730.4136
fax. 303.972.1493
AIManalytical.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/25/2020 | MI6605 |

PAID 09/29/2020

| BILL TO | SHIP TO |
|---|---|
| Acutech Inc.<br>1091 Kenworthy Pl,<br>Dayton, OH 45458 | Validity Laboratory Services, LLC<br>c/o Medicinal Cannabis Authority<br>Ministry of Agriculture<br>Rivulet/Enhams<br>Windward, VC0270 St. Vincent & Grenadines |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. |
|---|---|---|---|---|---|
| Verbal/MP | Wire Transfer | JH | 12/28/2020 | UniShipper | Littleton, CO |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1 | AGMSDS-G1701EA | Agilent Technologies - Product G1701EA MSD ChemStation Software. | | 0.00T |
| 1 | XXMOND-27in LCD | Monitor - 27 inch Flat Panel Display 1920 x 1080 (NEW) | | 0.00T |
| 1 | AGGC-C-Cables | Agilent Technologies - Cables and Connectors for System Operation and Control | | 0.00T |
| 1 | ESPT-Y-FLEXHS | EST Analytical - Model FLEX Automated Headspace Autosampler Configured for Residual Solvent Analysis. Includes 6 position incubator/agitator, 32 position tray for 20/10ml headspace vials and heated syringe assembly SN# FLX0309091020 | | 0.00T |
| | | Agilent 6890 GC-FID Configured for Liquid Analysis | | |
| 1 | AGGC-X-6890Plus | Agilent Technologies - Model 6890 Plus Gas Chromatograph Mainframe SN# US00035288 | 16,000.00 | 16,000.00T |
| 1 | AGGC-A-6890-SSL-10... | Agilent Technologies - Model G1560A Split/Splitless Inlet with EPC | | 0.00T |
| 1 | AGGC-A-6890-FID | Agilent Technologies - 6890 opt. 211 Flame Ionization Detector (FID) | | 0.00T |
| 1 | 0001-NIP | Agilent Technologies - 6890 LAN (Local Area Network) Interface - GC Option No. 500 | | 0.00T |
| 1 | RKGC-X-Rxi5Sil | Restek - Model 13623 Rxi-5Sil MS Cap. Column 30m, 0.25mm ID, 0.25um | 565.00 | 565.00T |
| 1 | AGGC-Y-7683Inj | Agilent Technologies -  Model 7683 ALS Automatic Liquid Sampler Autoinjector (G2613A) SN# US83502237 | | 0.00T |
| 1 | AGGC-Y-7683Tray | Agilent Technologies -  Model 7683 ALS Automatic Liquid Sampler Tray (G2614A) SN# CN52433478 | | 0.00T |

Analytical Instrument Management does not collect any City, Local or State use or sales tax for items being shipped out of Colorado. Our terms are FOB Littleton, Colorado for items being shipped out of Colorado. It is the responsibility of the purchaser to pay any and all required tax associated with this invoice unless the purchaser is located in the State Colorado.

**Total**

Page 3



Analytical Instrument Management
8392 S. Continental Divide Rd.
Suite:102
Littleton, CO  80127
ph. 303.730.4136
fax. 303.972.1493
AIManalytical.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/25/2020 | MI6605 |

PAID 09/29/2020

| BILL TO | SHIP TO |
|---|---|
| Acutech Inc.<br>1091 Kenworthy Pl,<br>Dayton, OH 45458 | Validity Laboratory Services, LLC<br>c/o Medicinal Cannabis Authority<br>Ministry of Agriculture<br>Rivulet/Enhams<br>Windward, VC0270 St. Vincent & Grenadines |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. |
|---|---|---|---|---|---|
| Verbal/MP | Wire Transfer | JH | 12/28/2020 | UniShipper | Littleton, CO |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1 | XXCOM-WIN7 | Computer - Intel Celeron G4900 3.1 GHz dual-core processor or better. 4 GB DDR 4 RAM, 250 GB 3D NAND Solid State Drive,   24X Dual Layer DVD Burner, 1 GB GeForce 210 / GeForce GT 710 graphics, Windows 7 Professional Brand New Including Microsoft - Windows 7 License | | 0.00T |
| 1 | XXMOND-27in LCD | Monitor - 27 inch Flat Panel Display 1920 x 1080 (NEW) | | 0.00T |
| 1 | 0001-NIP | Agilent Technologies - Product G2070BA GC ChemStation Software | | 0.00T |
| 1 | AGLC-X-G6460A | Agilent 6460 Triple-Quadrupole LC-MS/MS SN# US91770152 | 170,000.00 | 170,000.00T |
| 1 | EDVAC-E-E2M28 | Edwards - Model E2M28 Vacuum Pump,  D/D Dual Stage | | 0.00T |
| 1 | AGLC-X-G1312B-BinP... | Agilent Technologies - Model 1260 Infinity Binary Pump (G1312B) - includes NEW Sapphire Pistons and Seals SN# DEACB04732 | | 0.00T |
| 1 | AGLC-X-G1316A-1260... | Agilent Technologies - Model 1260 Infinity (G1316A) Thermostatted Column Compartment SN# DEACN29056 | | 0.00T |
| 1 | AGLC-Y-G1329B-ALS | Agilent Technologies - Model 1260 Infinity Standard Autosampler (G1329B) SN# DEAAC26875 | | 0.00T |
| 1 | AGLC-X-G1322A-Deg... | Agilent/Hewlett Packard - Model 1260 Infinity (G1322A) HPLC Vacuum Degasser - Solvent Module SN# JP60802057 | | 0.00T |

Analytical Instrument Management does not collect any City, Local or State use or sales tax for items being shipped out of Colorado. Our terms are FOB Littleton, Colorado for items being shipped out of Colorado. It is the responsibility of the purchaser to pay any and all required tax associated with this invoice unless the purchaser is located in the State Colorado.

**Total**



Analytical Instrument Management
8392 S. Continental Divide Rd.
Suite:102
Littleton, CO  80127
ph. 303.730.4136
fax. 303.972.1493
AIManalytical.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/25/2020 | MI6605 |

**PAID 09/29/2020**

| BILL TO | SHIP TO |
|---|---|
| Acutech Inc.<br>1091 Kenworthy Pl,<br>Dayton, OH 45458 | Validity Laboratory Services, LLC<br>c/o Medicinal Cannabis Authority<br>Ministry of Agriculture<br>Rivulet/Enhams<br>Windward, VC0270 St. Vincent & Grenadines |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. |
|---|---|---|---|---|---|
| Verbal/MP | Wire Transfer | JH | 12/28/2020 | UniShipper | Littleton, CO |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1 | XXCOM-WIN7 | Computer - Intel Celeron G4900 3.1 GHz dual-core processor or better. 4 GB DDR 4 RAM, 250 GB 3D NAND Solid State Drive,   24X Dual Layer DVD Burner, 1 GB GeForce 210 / GeForce GT 710 graphics, Windows 7 Professional Brand New Including Microsoft - Windows 7 License | | 0.00T |
| 1 | XXMOND-27in LCD | Monitor - 27 inch Flat Panel Display 1920 x 1080 (NEW) | | 0.00T |
| 1 | 0001-NIP | Agilent Mass Hunter Software | | 0.00T |
| 1 | AGMSDX-7000CQQQ | Agilent 7000 Triple-Quadrupole GC-MS/MS<br>Agilent Technologies - Model 7000C Triple Quad Mass Selective Detector SN# US1342T103 | 155,000.00 | 155,000.00T |
| 1 | AGGC-X-7890B | Agilent Technologies - Model 7890B Gas Chromatograph Mainframe SN# CN13443138 | | 0.00T |
| 1 | AGGC-A-7890-SSL | Agilent Technologies - G3440 Opt. 112 Split/Splitless inlet with EPC | | 0.00T |
| 1 | EDVAC-E-RV5 | Edwards - Model RV5 Vacuum Pump | | 0.00T |
| 1 | AGGC-Y-7693A | Agilent Technologies -  Model 7693A ALS Automatic Liquid Sampler Autoinjector (G4513A) SN# CN13360147 | | 0.00T |
| 1 | AGGC-Y-7693Atray | Agilent Technologies -  Model 7693A 150-Position Sample Tray (G4514A) SN# CN13340045 | | 0.00T |

Analytical Instrument Management does not collect any City, Local or State use or sales tax for items being shipped out of Colorado. Our terms are FOB Littleton, Colorado for items being shipped out of Colorado. It is the responsibility of the purchaser to pay any and all required tax associated with this invoice unless the purchaser is located in the State Colorado.

**Total**



Analytical Instrument Management
8392 S. Continental Divide Rd.
Suite:102
Littleton, CO  80127
ph. 303.730.4136
fax. 303.972.1493
AIManalytical.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/25/2020 | MI6605 |

**PAID 09/29/2020**

| BILL TO | SHIP TO |
|---|---|
| Acutech Inc.<br>1091 Kenworthy Pl,<br>Dayton, OH 45458 | Validity Laboratory Services, LLC<br>c/o Medicinal Cannabis Authority<br>Ministry of Agriculture<br>Rivulet/Enhams<br>Windward, VC0270 St. Vincent & Grenadines |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. |
|---|---|---|---|---|---|
| Verbal/MP | Wire Transfer | JH | 12/28/2020 | UniShipper | Littleton, CO |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1 | XXCOM-WIN7 | Computer - Intel Celeron G4900 3.1 GHz dual-core processor or better. 4 GB DDR 4 RAM, 250 GB 3D NAND Solid State Drive,   24X Dual Layer DVD Burner, 1 GB GeForce 210 / GeForce GT 710 graphics, Windows 10 Professional Brand New Including Microsoft - Windows 10 License | | 0.00T |
| 1 | 0001-NIP | Mass Hunter Software | | 0.00T |
| 1 | XXMOND-27in LCD | Monitor - 27 inch Flat Panel Display 1920 x 1080 (NEW) | | 0.00T |
| | AGGC-C-Cables | Agilent Technologies - Cables and Connectors for System Operation and Control | | 0.00T |
| 1 | PEICMX-ElanDRCe | Perkin Elmer DRCe ICP-MS including autosampler, chiller, and PC data system | 65,000.00 | 65,000.00T |
| | RefurbAIM | The above systems will be completely refurbished, tested, and includes a 6-month warranty | | 0.00T |
| 1 | MS-DIG-ETHOSUP | Additional Capital Lab Accessories [Estimate of needs based on typical lab layout, staffing, and throughput. We will tweak this according to your actual needs]<br>Milestone - Model ETHOS UP High Performance | 38,000.00 | 38,000.00T |

Analytical Instrument Management does not collect any City, Local or State use or sales tax for items being shipped out of Colorado. Our terms are FOB Littleton, Colorado for items being shipped out of Colorado. It is the responsibility of the purchaser to pay any and all required tax associated with this invoice unless the purchaser is located in the State Colorado.

**Total**



Analytical Instrument Management
8392 S. Continental Divide Rd.
Suite:102
Littleton, CO  80127
ph. 303.730.4136
fax. 303.972.1493
AIManalytical.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/25/2020 | MI6605 |

PAID 09/29/2020

| BILL TO | SHIP TO |
|---|---|
| Acutech Inc.<br>1091 Kenworthy Pl,<br>Dayton, OH 45458 | Validity Laboratory Services, LLC<br>c/o Medicinal Cannabis Authority<br>Ministry of Agriculture<br>Rivulet/Enhams<br>Windward, VC0270 St. Vincent & Grenadines |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. |
|---|---|---|---|---|---|
| Verbal/MP | Wire Transfer | JH | 12/28/2020 | UniShipper | Littleton, CO |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | | Microwave Digestion System with 660 Full Color Touch Screen Controller & Easy CONTROL Software<br>Features Include:<br>• EasyTEMP 2 direct contact-less temperature control in all vessels for MAXI44<br>• Solid 18/8 stainless steel cabinet for maximum safety<br>• 18/8 stainless steel cavity, coated with 5 layers of PTFE applied at 350°C. Guaranteed against corrosion for 5 years<br>• 70.5L Microwave Cavity<br>• Self-resealing pressure responsive door<br>• Built in exhaust unit for fast vessel cooling located at rear of the cavity<br>• Dual magnetron system with rotating diffuser for homogeneous microwave distribution in the cavity<br>• Two 950 Watt rated magnetrons, for a total of 1900 Watts<br>• Continuous and PID-controlled microwave emission at all power levels<br>• Internal video camera for constant run monitoring<br>• Weight: ca. 84kg<br>• Overall instrument dimensions: 54 x 64 x (69)H cm<br>• Power: 230 V/60 Hz, 3.5 kWatt | | |

Analytical Instrument Management does not collect any City, Local or State use or sales tax for items being shipped out of Colorado. Our terms are FOB Littleton, Colorado for items being shipped out of Colorado. It is the responsibility of the purchaser to pay any and all required tax associated with this invoice unless the purchaser is located in the State Colorado.

| Total |
|---|
| |



Analytical Instrument Management
8392 S. Continental Divide Rd.
Suite:102
Littleton, CO  80127
ph. 303.730.4136
fax. 303.972.1493
AIManalytical.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/25/2020 | MI6605 |

PAID 09/29/2020

| BILL TO | SHIP TO |
|---|---|
| Acutech Inc.<br>1091 Kenworthy Pl,<br>Dayton, OH 45458 | Validity Laboratory Services, LLC<br>c/o Medicinal Cannabis Authority<br>Ministry of Agriculture<br>Rivulet/Enhams<br>Windward, VC0270 St. Vincent & Grenadines |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. |
|---|---|---|---|---|---|
| Verbal/MP | Wire Transfer | JH | 12/28/2020 | UniShipper | Littleton, CO |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1 | MS-DIG-MAXI-24 | 660 Full Color Touch Screen Controller with Easy CONTROL Software<br>• 6.5" screen with 64,000 colors<br>• VGA resolution 640x480 for sharp process graphics<br>• 5 USB ports, 1 RS232 port, 1 LAN port, 2 video ports<br>• "Easy-Control" Software allows the user to edit, save, and run a virtually unlimited number of methods<br>• Methods and runs saved on PC-compatible USB pen-drive<br>Milestone Connect (Pre-installed on Complimentary iPad)<br>• Web-based application for external devices, including application library,<br>tutorial videos, spare parts and consumables and remote control of the<br>system<br><br>One Year Original Factory Warranty. Valid for 12 months from the date of installation but no longer than 13 months from ship date<br>Milestone - Model MAXI-24 High Performance and High Throughput Rotor (w 24 vessels complete)<br>Includes:<br>• All vessels have an automatic pressure relief valve<br>• Vessel covers and liners are made of TFM<br>• 80 mL, 60 bar max. pressure<br>• Maximum operating temperature: 300°C | | 0.00T |

Analytical Instrument Management does not collect any City, Local or State use or sales tax for items being shipped out of Colorado. Our terms are FOB Littleton, Colorado for items being shipped out of Colorado. It is the responsibility of the purchaser to pay any and all required tax associated with this invoice unless the purchaser is located in the State Colorado.

| Total |
|---|
|  |



Analytical Instrument Management
8392 S. Continental Divide Rd.
Suite:102
Littleton, CO  80127
ph. 303.730.4136
fax. 303.972.1493
AIManalytical.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/25/2020 | MI6605 |

PAID 09/29/2020

| BILL TO | SHIP TO |
|---|---|
| Acutech Inc.<br>1091 Kenworthy Pl,<br>Dayton, OH 45458 | Validity Laboratory Services, LLC<br>c/o Medicinal Cannabis Authority<br>Ministry of Agriculture<br>Rivulet/Enhams<br>Windward, VC0270 St. Vincent & Grenadines |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. |
|---|---|---|---|---|---|
| Verbal/MP | Wire Transfer | JH | 12/28/2020 | UniShipper | Littleton, CO |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1 | MS-DIG-Install | Milestone - Instrument and software familiarization plus basic operator training (includes travel and expenses). |  | 0.00T |
| 1 | 0001-NIP | Spex GenoGrinder 2010 and accessories for 50mL homogenization - 230V | 17,500.00 | 17,500.00T |
| 4 | SSAB-X-SAS-164 | Schuler Scientific Analytical Balance - SAS-164 160g x 0.1mg, internal calibration | 1,995.00 | 7,980.00T |
| 1 | 0001-NIP | Rotronic HygroPalm HP23-AW-A Kit for Water Activity | 3,285.00 | 3,285.00T |
| 1 | TJOV-E-66L | Thermo Scientific Heratherm™ General Protocol Mechanical Convection Oven | 2,290.00 | 2,290.00T |
| 1 | OHCF-X-FT5816 | Ohaus - Frontier 5000 Series Multi-Centrifuge - Brand New - 230V | 5,200.00 | 5,200.00T |
| 1 | OHCF-X-SO1650 | Ohaus - Frontier 5000 Series Rotor, Swing out, 16x50ml, ID- Brand New | 2,219.00 | 2,219.00T |
| 2 | OHCF-X-SOR450 | Ohaus - Frontier 5000 Series Rack, 4x50ml D29mm FA, 2/pk, Brand New | 410.00 | 820.00T |
| 1 | 0001-NIP | Aria MX Real-Time qPCR for microbial testing (FAM, ROX, HEX, CY3, CY5, Atto Filters Included) | 28,750.00 | 28,750.00T |
| 1 | 0001-NIP | Consumables Startup Package [Estimate - final cost will be calculated based on the bespoke-built consumables list. To be calculated in ~ 2 weeks with itemized list provided](Solvents, Standards, Assays, Vials, Filters, Small Lab Items, etc) | 50,000.00 | 50,000.00T |
| 2 | FIBH-E-6footfume | Fisher American 6' Fume Hood with Dual Sash and 2x Cabinets | 5,700.00 | 11,400.00T |
| 1 | FIBH-E-ACID | Fisher American Under Fume Hood Acid/Base Cabinet | 1,000.00 | 1,000.00T |

Analytical Instrument Management does not collect any City, Local or State use or sales tax for items being shipped out of Colorado. Our terms are FOB Littleton, Colorado for items being shipped out of Colorado. It is the responsibility of the purchaser to pay any and all required tax associated with this invoice unless the purchaser is located in the State Colorado.

**Total**



Analytical Instrument Management
8392 S. Continental Divide Rd.
Suite:102
Littleton, CO  80127
ph. 303.730.4136
fax. 303.972.1493
AIManalytical.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/25/2020 | MI6605 |

**PAID 09/29/2020**

| BILL TO | SHIP TO |
|---|---|
| Acutech Inc.<br>1091 Kenworthy Pl,<br>Dayton, OH 45458 | Validity Laboratory Services, LLC<br>c/o Medicinal Cannabis Authority<br>Ministry of Agriculture<br>Rivulet/Enhams<br>Windward, VC0270 St. Vincent & Grenadines |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. |
|---|---|---|---|---|---|
| Verbal/MP | Wire Transfer | JH | 12/28/2020 | UniShipper | Littleton, CO |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 2 | FIBH-E-SOLV | Fisher American Under Fume Hood Solvents/Flammables Cabinet | 1,000.00 | 2,000.00T |
| 1 | 0001-NIP | Full St.Vincent Lab Documentation and Training Services | 79,800.00 | 79,800.00T |
|  |  | ISO 17025:2017 compliant Quality Management System (QMS). The QMS includes a full Quality Manual and all required ISO 17025 supporting documents. |  |  |
|  |  | ISO 17025:2017 compliant Standard Operating Procedures for the following methods: Potency, Pesticides, Mycotoxins, Water Activity, Heavy Metals, Terpenes, Residual Solvents, Moisture Content. |  |  |
|  |  | ISO 17025:2017 compliant laboratory records documentation. This includes documentation used on a day to day basis in the lab (training forms, calculation worksheets, bench records, corrective action forms, employee forms, etc.). |  |  |
|  |  | 3 weeks (15 eight-hour days) on-site staff training, covers basic laboratory and quality control practices, full method validation for each test method compliant to ISO 17025:2017, method specific training, operation of equipment as it pertains to methods, data/ethics integrity training (ISO requirement), and Hazardous Waste familiarization. |  |  |

Analytical Instrument Management does not collect any City, Local or State use or sales tax for items being shipped out of Colorado. Our terms are FOB Littleton, Colorado for items being shipped out of Colorado. It is the responsibility of the purchaser to pay any and all required tax associated with this invoice unless the purchaser is located in the State Colorado.

**Total**



Analytical Instrument Management
8392 S. Continental Divide Rd.
Suite:102
Littleton, CO  80127
ph. 303.730.4136
fax. 303.972.1493
AIManalytical.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/25/2020 | MI6605 |

**PAID 09/29/2020**

| BILL TO | SHIP TO |
|---|---|
| Acutech Inc.<br>1091 Kenworthy Pl,<br>Dayton, OH 45458 | Validity Laboratory Services, LLC<br>c/o Medicinal Cannabis Authority<br>Ministry of Agriculture<br>Rivulet/Enhams<br>Windward, VC0270 St. Vincent & Grenadines |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. |
|---|---|---|---|---|---|
| Verbal/MP | Wire Transfer | JH | 12/28/2020 | UniShipper | Littleton, CO |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | | 1 week (5 eight-hour days) on-site instrument method implementation – methods are installed, and instruments are calibrated for Canada and E.U. Hemp/CBD specific target lists. | | |
| | SERVICE-AIM | On-Site System Installation and Basic System/Software Familiarization [Installation Engineer] | 8,500.00 | 8,500.00 |
| | ShippingAIM | Shipping and handling will be prepaid and added to the final invoice | | 0.00T |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Analytical Instrument Management does not collect any City, Local or State use or sales tax for items being shipped out of Colorado. Our terms are FOB Littleton, Colorado for items being shipped out of Colorado. It is the responsibility of the purchaser to pay any and all required tax associated with this invoice unless the purchaser is located in the State Colorado.

| Total | USD 741,134.00 |
|---|---|

FID# 84-1092819